**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**SEALED**

11 -60273 CASE NO. CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

18 U.S.C. § 286
18 U.S.C. § 287

**UNITED STATES OF AMERICA**

**v.**

**PENNY JONES,**
**MICHAEL D. BEITER, Jr.,**
**DAVID CLUM, Jr.,**
**DALE PETERS,**
**LAURA BAREL,**
**CHRISTOPHER MARRERO,**
**and**
**JOHN MICHAEL SMITH, Jr.,**

**Defendants.**
_____ /



## INDICTMENT

The Grand Jury charges that at times relevant to this Indictment:

## GENERAL ALLEGATIONS

1.      Defendants **PENNY JONES**, a resident of Shelley, Idaho, **MICHAEL D. BEITER, Jr.,**

a resident of Coral Springs, Florida, **DAVID CLUM, Jr.,** a resident of Whites Creek,

Tennessee, and **DALE PETERS,** a resident of San Mateo, California, devised a scheme to help

taxpayers obtain fraudulent tax refunds from the Internal Revenue Service.

1

2.      Defendants **LAURA BAREL**, a resident of Lauderhill, Florida, **CHRISTOPHER MARRERO**, a resident of Davie, Florida, and **JOHN MICHAEL SMITH, Jr.**, a resident of Hidden Hills, California, were three recruiters in this scheme.

3.      Defendants operated this scheme through a series of companies which included Forever Grace, LLC ("Forever Grace"), R&D Processing, LLC ("R&D Processing"), and, primarily, PMDD Services, LLC ("PMDD Services").  PMDD Services was named for the company's principals – **PENNY JONES, MICHAEL D. BEITER, Jr., DAVID CLUM, Jr., and DALE PETERS.**

4.      The scheme was premised upon the "redemption theory," which is a fraudulent notion that individuals are not responsible for their common personal debt obligations such as home mortgages, unpaid credit card bills, and lines of credit, and may instead seek money from the Internal Revenue Service, an agency of the United States, to repay these outstanding obligations.

5.      Under the scheme, PMDD Services prepared false IRS Forms 1099-OID, Original Issue Discount, and 1099-A, Abandoned Property, on behalf of the scheme's clients.  These Forms 1099 falsely reported that the client's creditors had withheld large amounts of federal income taxes and paid this money over to the IRS.  As a result of the fraudulently overstated income tax withholding, the tax returns which PMDD Services prepared for its clients – referred to herein as "OID returns" – claimed large tax refunds to which the clients were not entitled.

6.      This fraudulent OID return scheme was national in scope.  At least 180 clients from 30 different states filed fraudulent OID returns which collectively requested over $120,000,000 worth of fraudulent tax refunds.  PMDD principals, recruiters, and clients collectively filed over

380 tax returns, mostly for tax year 2008, but also for other tax years, reporting the amount of their personal debt obligations as federal tax withholding.

7.      Because the scheme was national in scope, communication by email was an integral part of the scheme.  Defendants sent completed tax returns and other documents to the clients via email.  Likewise, the clients sent defendants the information necessary to complete their tax returns via email, and used email to ask defendants questions about what to do when they received correspondence from the IRS questioning the validity of their tax returns.  The defendants would also communicate among themselves by email.  Thousands of emails were sent throughout the course of, and in furtherance of, the scheme.

8.      Accordingly, to effectuate their scheme, the defendants established, and caused to be established, numerous email accounts at Inbox.com.  Inbox.com is an email provider located in the Southern District of Florida.  All emails sent to or from an email address ending in "@inbox.com" are routed through computers in the Southern District of Florida.

## COUNT ONE
### (Conspiracy to Defraud the United States)

9.      The allegations set forth in paragraphs 1 through 8 are realleged and incorporated herein as though fully set forth.

10.     Beginning in or about December 2008, the exact date being unknown to the Grand Jury, through in or about February 2010, in the Southern District of Florida and elsewhere, the defendants,

**PENNY JONES,**
**MICHAEL D. BEITER, Jr.,**
**DAVID CLUM, Jr.,**
**DALE PETERS,**
**LAURA BAREL,**

**CHRISTOPHER MARRERO,**
and
**JOHN MICHAEL SMITH, Jr.**

knowingly conspired with each other, and with others known and unknown to the Grand Jury, to defraud the United States by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims.

11.     The manner and means by which defendants sought to accomplish this conspiracy included the following:

   a)     Defendants **MICHAEL D. BEITER, Jr., DAVID CLUM, Jr., LAURA BAREL, CHRISTOPHER MARRERO**, and **JOHN MICHAEL SMITH, Jr.** recruited clients to the scheme.

   b)     Defendants **DAVID CLUM, Jr. and DALE PETERS** designed the computerized worksheets that PMDD Services's clients completed to have their fraudulent tax returns prepared.

   c)     Defendants **PENNY JONES, MICHAEL D. BEITER, Jr., DAVID CLUM, Jr., DALE PETERS, LAURA BAREL, CHRISTOPHER MARRERO**, and **JOHN MICHAEL SMITH, Jr.** corresponded with clients and prospective clients about the mechanics of filing a tax return prepared by PMDD Services.

   d)     Defendants **PENNY JONES and LAURA BAREL** prepared the fraudulent tax returns and IRS forms, including but not limited to IRS Forms 1040, IRS Forms 1040X, IRS Forms 1065, IRS Forms 1099-OID, and IRS Forms 1099-A.

   e)     Defendants **PENNY JONES, MICHAEL D. BEITER, Jr., DAVID CLUM, Jr., DALE PETERS, LAURA BAREL**, and **CHRISTOPHER MARRERO**

4

charged clients $750 per tax return plus 10% of any tax refund paid by the IRS, which fees were distributed amongst themselves.

f)      Defendants **PENNY JONES, MICHAEL D. BEITER, Jr., DAVID CLUM, Jr., DALE PETERS, LAURA BAREL, CHRISTOPHER MARRERRO,** and **JOHN MICHAEL SMITH, Jr.** counseled clients on how to submit frivolous letters to the IRS to persuade the IRS that the tax returns prepared by defendants were legitimate.

g)      Defendants **MICHAEL D. BEITER, Jr.** and **PENNY JONES** advised clients about how to conceal a fraudulent tax refund.

h)      Defendants **MICHAEL D. BEITER, Jr., PENNY JONES,** and **LAURA BAREL** prepared frivolous letters to send to the U.S. Department of Justice to impede the investigation of this scheme.

## <u>ACTS</u>

In furtherance of the conspiracy and to accomplish its object, at least one of the conspirators committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following acts, among others:

12.      In or about December 2008, defendant **MICHAEL D. BEITER, Jr.** hosted a seminar on the OID scheme at his home where defendant **DAVID CLUM, Jr.** was the featured speaker.

13.      On or about December 31, 2008, defendant **PENNY JONES** downloaded "FIRE" software which allowed her to electronically file Forms 1099-OID with the IRS.

14.     On or about January 2, 2009, defendant **DALE PETERS**, using the email address "*securedparty@inbox.com*," emailed defendant **DAVID CLUM, Jr.** a draft version of the "OID Client Information" worksheet.

15.     On or about January 2, 2009, defendant **DAVID CLUM, Jr.** emailed a draft "OID Client Information" worksheet to defendants **MICHAEL D. BEITER, Jr.** and **PENNY JONES**.

16.     On or about January 6, 2009, defendant **DAVID CLUM, Jr.** sent an email about the scheme to prospective clients, in which he stated that clients could obtain a tax refund in the combined amount of their mortgages, car loans, credit card limits, student loan payments, alimony payments, liens, levies, and checks written from their checking accounts.

17.     On or about January 7, 2009, defendants **PENNY JONES**, **MICHAEL D. BEITER, Jr.**, **DAVID CLUM, Jr.** and **DALE PETERS** conducted a conference call to discuss the organization and execution of the scheme.

18.     On or about January 16, 2009, defendants **DAVID CLUM, Jr.** and **PENNY JONES** participated in a seminar promoting the scheme at Orbit Natural Food Store in Old Hickory, Tennessee.

19.     On or about January 17 and 18, 2009, defendant **PENNY JONES** prepared multiple draft copies of a fraudulent tax return on behalf of defendant **DAVID CLUM, Jr.** and his wife.

20.     On or about January 17, 2009, defendant **DALE PETERS** distributed paperwork to fifteen clients of the scheme.

21.     On or about January 20, 2009, defendant **LAURA BAREL** executed an agreement wherein R&D Processing became a marketing contractor for PMDD Services.

22.     On or about January 28, 2009, defendant **DALE PETERS** pre-endorsed a template of the "PMDD Services LLC Non-Solicitation/Non-Disclosure Agreement" that was distributed to all subsequent PMDD Services's clients.

23.     On or about January 31, 2009, defendant **DAVID CLUM, Jr.** invited seven families who signed up for the scheme after the promotional seminar in Old Hickory, Tennessee, to a conference call to learn more information about the "progress" of the scheme.

24.     On or about February 4, 2009, defendant **DAVID CLUM, Jr.** informed defendant **PENNY JONES** that the IRS had notified him that his tax return was frivolous and subject to penalties.

25.     On or about February 16, 2009, defendant **CHRISTOPHER MARRERO** set up a new email account "*agt6oidcentral@inbox.com*."

26.     On or about March 3, 2009, defendant **MICHAEL D. BEITER, Jr.** established a bank account in the name of PMDD Services.

27.     On or about March 5, 2009, defendant **DAVID CLUM, Jr.** notified defendant **PENNY JONES** that the U.S. Department of Justice sued another tax return preparer for preparing OID returns.

28.     On or about March 29, 2009, defendant **PENNY JONES** advised client D.T. that when he received his tax refund, he should not keep the funds in any bank account because "the IRS would catch on to the various bank transfers eventually," and that the client should keep his funds in gold and silver because "those are most easily hid from the government and sold."

29.     On or about April 6, 2009, defendant **PENNY JONES** emailed defendant **MICHAEL D. BEITER, Jr.**, on his email account "*agt1oidcentral@inbox.com*," "Mike, it seems that I have

been making an awful (wonderful) amount of money this year.  I really need a way to either hide or protect myself from all of the earnings . . . Any suggestions?"

30.     On or about April 12, 2009, defendant **PENNY JONES** suggested to defendants **MICHAEL D. BEITER, Jr.** and **LAURA BAREL** that they should obtain new email addresses to continue conducting the scheme, but should "leave OID out" of their new email addresses.

31.     On or about April 14, 2009, defendant **LAURA BAREL** prepared an updated version of the "OID client information worksheet" and emailed it to defendant **PENNY JONES**.

32.     On or about May 22, 2009, defendant **PENNY JONES** established a bank account in the name of Forever Grace.

33.     On or about May 31, 2009, defendant **PENNY JONES** emailed a copy of K.R. and P.I.'s tax refund check for $1,723,693 to a client and stated:  "A refund for a tax return I prepared."

34.     In or about June 2009, defendant **JOHN MICHAEL SMITH, Jr.**, transmitted an image of **SMITH's** $208,312 refund check to client B.R.

35.     On or about October 6, 2009, defendant **PENNY JONES** advised client A.C. that if A.C. received a tax refund into A.C.'s bank account, A.C. should immediately withdraw the money via cashier's checks, deposit it at a casino, and withdraw the money via cashier's checks from the casino.

36.     On or about November 29, 2009, defendant **JOHN MICHAEL SMITH, Jr.** wrote a letter to the IRS stating that his tax returns reporting OID income were accurate.

37.     In or about December 2009, defendant **JOHN MICHAEL SMITH, Jr.** referred a prospective client, D.K., to PMDD Services.

38.     On or about January 30, 2010, defendant **DALE PETERS** told defendant **PENNY JONES** that "the IRS has a big push this year to get tax preparers under license, presumably so that taxes are prepared and filed in a 'legal' and 'normal' manner.  Naturally, no tax preparer, operating in fear of losing his/her license, would dare to prepare an OID-based filing."

39.     On or about February 1, 2010, defendant **PENNY JONES,** in response to a client's concern that the IRS was monitoring **JONES's** activities, stated that **JONES** would no longer keep "copies of anything I've done for a client on my computer" and would not "sign anything."

        All in violation of 18 U.S.C. § 286.

## COUNTS TWO THROUGH FORTY-TWO
### (False Claims)

40.     The allegations set forth in paragraphs 1 through 8, paragraphs 11a-11h, and 12 through 39 are realleged and incorporated herein as though fully set forth.

41.     On or about the dates listed below, in the Southern District of Florida and elsewhere, defendants, as specified below, knowingly and intentionally made and presented and caused to be made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, claims upon and against the United States, that is, claims for income tax refunds for the taxpayer specified below, knowing that such claims were false, fictitious, and fraudulent:

| COUNT | DATE | DEFENDANT | TAXPAYER | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|---|
| 2 | 3/1/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | PENNY JONES | 2007 | $258,765 |

| COUNT | DATE | DEFENDANT | TAXPAYER | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|---|
| 3 | 3/9/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | DAVID CLUM, JR. and J.C. | 2005 | $20,105 |
| 4 | 3/23/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, and DALE PETERS | R.Z. | 2005 | $96,846 |
| 5 | 3/23/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and CHRISTOPHER MARRERO | J.R. | 2005 | $209,429 |
| 6 | 3/23/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | D.F. and I.F. | 2008 | $71,980 |
| 7 | 3/25/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | S.B.D. and A.B.D. | 2005 | $100,876 |
| 8 | 3/25/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | M.E. and S.E. | 2005 | $193,143 |
| 9 | 3/26/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | J.L. and D.L. | 2005 | $574,732 |
| 10 | 3/28/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | D.T. | 2005 | $132,561 |
| 11 | 3/30/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | B.D. and K.D. | 2005 | $87,099 |
| 12 | 4/1/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | JOHN MICHAEL SMITH, JR., and R.A. | 2005 | $995,676 |

10

| COUNT | DATE | DEFENDANT | TAXPAYER | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|---|
| 13 | 4/10/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | R.M. and K.M. | 2005 | $153,942 |
| 14 | 4/12/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, LAURA BAREL, and CHRISTOPHER MARRERO | E.W. | 2005 | $715,459 |
| 15 | 4/13/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | P.K. and L.K. | 2005 | $26,172 |
| 16 | 4/15/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS | PENNY JONES | 2008 | $277,266 |
| 17 | 4/15/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | J.L. and D.L. | 2008 | $293,950 |
| 18 | 4/16/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, LAURA BAREL and CHRISTOPHER MARRERO | LAURA BAREL | 2008 | $662,906 |
| 19 | 4/16/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, JOHN MICHAEL SMITH, JR. | JOHN MICHAEL SMITH, JR. and R.A. | 2007 | $208,312 |
| 20 | 4/19/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. . | JOHN MICHAEL SMITH, JR. and R.A. | 2006 | $930,335 |

| COUNT | DATE | DEFENDANT | TAXPAYER | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|---|
| 21 | 5/4/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | DAVID CLUM, JR. and J.C. | 2008 | $182,731 |
| 22 | 5/4/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | B.D. and K.D. | 2008 | $62,269 |
| 23 | 5/4/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | D.F. and I.F. | 2005 | $81,735 |
| 24 | 5/6/2008 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | D.T. | 2008 | $102,463 |
| 25 | 5/6/2008 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | S.B.D. and A.B.D. | 2008 | $43,487 |
| 26 | 5/8/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | R.Z. and E.Z. | 2008 | $254,673 |
| 27 | 5/8/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | J.L. and D.L. | 2007 | $328,367 |
| 28 | 5/11/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | J.L. and D.L. | 2006 | $351,443 |

| DATE | COUNT | DEFENDANT | TAXPAYER | TAX YEAR | REFUND CLAIMED |
|------|-------|-----------|----------|----------|----------------|
| 29 | 5/21/2008 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | JOHN MICHAEL SMITH, JR. and R.A. | 2008 | $723,380 |
| 30 | 6/1/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | P.K. and L.K. | 2008 | $89,132 |
| 31 | 6/2/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | A.B. and J.B. | 2008 | $113,078 |
| 32 | 6/18/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | S.B. | 2008 | $78,502 |
| 33 | 6/19/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | R.R. and J.R. | 2007 | $140,718 |
| 34 | 6/19/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | R.R. and J.R. | 2008 | $638,510 |
| 35 | 7/13/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | C.R. and B.R. | 2008 | $124,368 |
| 36 | 7/15/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | C.R. and B.R. | 2006 | $729,094 |

| COUNT | DATE | DEFENDANT | TAXPAYER | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|---|
| 37 | 7/17/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | A.B. and J.B. | 2006 | $688,623 |
| 38 | 7/17/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | A.B. and J.B. | 2007 | $599,004 |
| 39 | 7/20/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | B.H. and M.F.H. | 2008 | $1,468,547 |
| 40 | 7/21/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and JOHN MICHAEL SMITH, JR. | C.R. and B.R. | 2007 | $85,062 |
| 41 | 9/15/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., DALE PETERS, and LAURA BAREL | R.B. | 2008 | $44,266 |
| 42 | 10/9/2009 | PENNY JONES, MICHAEL D. BEITER, JR., DAVID CLUM, JR., and DALE PETERS | E.Z. | 2005 | $76,737 |

All in violation of 18 U.S.C. §§ 287 and 2.

## COUNT FORTY-THREE
### (False Claim)

42.     On or about June 1, 2010, in the Southern District of Florida, and elsewhere, the

defendant,

### CHRISTOPHER MARRERO,

a resident of Sunrise, Florida, knowingly and intentionally made and presented to the Internal

Revenue Service, an agency of the U.S. Department of the Treasury, a claim upon and against

the United States, that is, a claim for a tax refund of $94,658 which he made by filing and

causing to be filed, a 2009 IRS Form 1040 and a 2009 IRS Form W-2G, Gambling Winnings,

knowing that such claim was false, fictitious, and fraudulent, in violation of 18 U.S.C. § 287.


A TRUE BILL


_____
FOREPERSON


_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY


_____
JED M. SILVERSMITH
TRIAL ATTORNEY


_____
JONATHAN R. MARX
TRIAL ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.** _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**PENNY JONES, et al.,**
_____ )
    **Defendants.**       /

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)    Yes ____   No ____
Number of New Defendants    ____
Total number of counts    ____

____ Miami  ____ Key West
_X_ FTL  ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    __No__
      List language and/or dialect _____

4.    This case will take _25-days_ for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                                    (Check only one)

      I     0  to  5 days    _____          Petty      _____
      II    6  to 10 days    _____          Minor      _____
      III   11 to 20 days    _____          Misdem.    _____
      IV    21 to 60 days    __X__           Felony     __X__
      V     61 days and over _____

6.    Has this case been previously filed in this District Court?  (Yes or No)    __No__
      If yes:
      Judge: _____          Case No. _____
      (Attach copy of dispositive order)

      Has a complaint been filed in this matter?    (Yes or No)   __Yes__
      If yes:
      Magistrate Case No.    _____11-6261-RSR_____
      Related Miscellaneous numbers: _____
      Defendant(s) in federal custody as of    _Laura Barel since May 24, 2011_
      Defendant(s) in state custody as of _____
      Rule 20 from the _____    District of _____

      Is this a potential death penalty case? (Yes or No) ____No____

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003? _____  Yes  __X__  No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____  Yes  __X__ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached

REV. 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name:** Penny Jones          Case No.: _____

**Count #: 1**

Conspiracy to Defraud the United States

 in violation of 18 U.S.C. § 286

*Max Penalty: Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine

**Counts #: 2 - 42**

False, Fictitious and Fraudulent Claims

 in violation of 18 U.S.C. § 287

*Max Penalty: Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV: 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**Defendant's Name:** Michael D. Beiter, Jr.          Case No.: _____

**Count #: 1**

Conspiracy to Defraud the United States

 in violation of 18 U.S.C. § 286

*Max Penalty: Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine

**Counts #: 2 - 42**

False, Fictitious and Fraudulent Claims

 in violation of 18 U.S.C. § 287

*Max Penalty: Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special
assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**Defendant's Name:** David Clum, Jr.

Case No.: _____

**Count #: 1**

Conspiracy to Defraud the United States

 in violation of 18 U.S.C. § 286

*Max Penalty: Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine

**Counts #: 2 - 42**

False, Fictitious and Fraudulent Claims

 in violation of 18 U.S.C. § 287

*Max Penalty: Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**Defendant's Name:** <u>Dale Peters</u>          Case No.: _____

**Count #: 1**

<u>Conspiracy to Defraud the United States</u>

<u>in violation of 18 U.S.C. § 286</u>

*Max Penalty: <u>Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine</u>

**Counts #: 2 - 42**

<u>False, Fictitious and Fraudulent Claims</u>

<u>in violation of 18 U.S.C. § 287</u>

*Max Penalty: <u>Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV: 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

**Defendant's Name:** <u>Laura Barel</u>     Case No.: _____

**Count #: 1**

<u>Conspiracy to Defraud the United States</u>

<u> in violation  of 18 U.S.C. § 286</u>

*Max Penalty:<u> Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine</u>

**Counts  #: 14, 18 and 41**

<u>False, Fictitious and Fraudulent Claims</u>

<u> in violation of 18 U.S.C. § 287</u>

*Max Penalty:<u> Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**Defendant's Name:** <u>Christopher Marrero</u>          Case No.: _____

**Count #: 1**

<u>Conspiracy to Defraud the United States</u>

<u>in violation of 18 U.S.C. § 286</u>

*Max Penalty: <u>Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine</u>

**Counts #: 5, 14, 18 and 43**

<u>False, Fictitious and Fraudulent Claims</u>

<u>in violation of 18 U.S.C. § 287</u>

*Max Penalty: <u>Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**Defendant's Name:** John M. Smith, Jr.             Case No.: _____

**Count #: 1**

Conspiracy to Defraud the United States

 in violation of 18 U.S.C. § 286

*Max Penalty: Ten (10) years' imprisonment; three (3) year of supervised release; $250,000 fine

**Counts #: 19 - 20, 29, 31, 33 - 40**

False, Fictitious and Fraudulent Claims

 in violation of 18 U.S.C. § 287

*Max Penalty: Five (5) years' imprisonment; three (3) years of supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96